Judgment and orders affirmed, with costs. All concurred, except Cochrane, J., dissenting.

The People of the State of New York, Respondent, v. Max Weinberg, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to the defendant to amend the answer upon payment of the costs at the Trial Term and in this court. All concurred.

The People of the State of New York, Respondent, v. John Fahey, Appellant. — Judgment of conviction affirmed. All concurred.

Alvin Putman, Respondent, v. Daniel S. Graham, Appellant, Impleaded with Charles E. Allfrey, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Sewell, J., dissenting.

. Nora A. Reed, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Chester, J., dissenting.

May E. Rook, Respondent, v. Louis E. Rook, Appellant. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

May E. Rook, Respondent, v. Louis E. Rook, Appellant. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

Alfred Shatrau, Respondent, v. John J. Sullivan, Appellant.— Judgment and order affirmed, with costs. All concurred, except Sewell, J., dissenting.

Leonard H. Shipman, as Receiver of The F. Gray Company, Respondent, v. George C. Treadwell and Wilhelmina Walters Collins, Appellants. — Interlocutory judgment affirmed, with costs, on authority of *Howarth* v. *Angle* (162 N. Y. 179). All concurred.

Michael Sullivan, Respondent, v. The City of Troy, Appellant.— Judgment and order unanimously affirmed, with costs.

Ada E. Sweet, Appellant, v. The Village of Sidney, Respondent.— Judgment unanimously affirmed, with costs.

Town of Colesville, Appellant, v. Henry Buman, Respondent.— Judgment unanimously affirmed, with costs.

Charles F. Wicker, Appellant, v. Sarah M. Streeter and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. All concurred.

Frank Williams, Respondent, v. Citizens' Steamboat Company of Troy, New York, Appellant.— Order granting extra allowance reversed and judgment modified by deducting therefrom the amount of said extra allowance, and as so modified said judgment and order denying new trial affirmed, with costs. All concurred, except Smith, P. J., not voting.

Hezekiah K. Wright, Appellant, v. Francis F. Budd, Respondent.— Judgment unanimously affirmed, with costs.

In the Matter of the Application for an Order for a Special Town Meeting in the Town of Groton, Tompkins County, New York. Harry W. Henry, Petitioner, Appellant; State Commissioner of Excise, Respondent.— Order unanimously affirmed, with costs, on the opinion of Gladding, J., at Special Term. (Reported in 63 Misc. Rep. 370.)